# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SCOTT RAY ZABRISKIE,

        Plaintiff,

-vs-                                                Case No. 6:05-cv-614-Orl-28KRS

THE CAR STORE, ORANGE COUNTY
SHERIFF'S OFFICE, JOHN DOE #1,
JOHN DOE #2, ORANGE COUNTY
OFFICE OF THE PUBLIC DEFENDER,

        Defendants.
_____

## ORDER

This case is before the Court on the following motions: (1) Motion to Dismiss Pursuant to Rule 12(b)(6), Fed. R. Civ. P., or, Alternatively, Motion for Summary Judgment Pursuant to Rule 56, Fed. R. Civ. P. (Doc. 10); (2) Defendant, Orange County Sheriff's Office's Motion to Dismiss Plaintiff's Complaint, and/or Alternative Motion for a More Definite Statement (Doc. 13); (3) Public Defender's Motion to Dismiss Complaint for Damages (Doc. 16); and (4) Public Defender's Amended Motion to Dismiss Complaint for Damages (Doc. 18). The United States Magistrate Judge has submitted a report recommending that (1) Motion to Dismiss Pursuant to Rule 12(b)(6), Fed. R. Civ. P., or, Alternatively, Motion for Summary Judgment Pursuant to Rule 56, Fed. R. Civ. P. (Doc. 10) be denied without prejudice; (2) Defendant, Orange County Sheriff's Office's Motion to Dismiss Plaintiff's Complaint, and/or Alternative Motion for a More Definite Statement (Doc. 13) be granted in part and denied in part without prejudice; (3) Public Defender's Motion to Dismiss Complaint

for Damages (Doc. 16) be denied without prejudice; and (4) Public Defender's Amended Motion to Dismiss Complaint for Damages (Doc. 18) be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 1, 2005 (Doc. 30) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Pursuant to Rule 12(b)(6), Fed. R. Civ. P., or, Alternatively, Motion for Summary Judgment Pursuant to Rule 56, Fed. R. Civ. P. (Doc. 10) is **DENIED without prejudice.**

3. The Defendant, Orange County Sheriff's Office's Motion to Dismiss Plaintiff's Complaint, and/or Alternative Motion for a More Definite Statement (Doc. 13) is **GRANTED in part and DENIED in part without prejudice**. <u>Plaintiff Zabriskie is **ORDERED** to file an Amended Complaint on or before October 11, 2005.</u> Plaintiff's Amended Complaint shall comply with the instructions set forth in the Report and Recommendation (Doc. 30).

4. The Public Defender's Motion to Dismiss Complaint for Damages (Doc. 16) is **DENIED without prejudice.**

5. The Public Defender's Amended Motion to Dismiss Complaint for Damages (Doc. 18) is **DENIED without prejudice.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___19___ day of September, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party